UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW WILSON,

    Plaintiff,

  v.

JASON RAGSDALE,

    Defendant.

Case No. C06-1519RSL

ORDER STRIKING
PURPORTED STIPULATION

On May 23, 2007, plaintiff filed a "Stipulation and Order Re: CR 35 Exam" (Dkt. #13) that was titled and styled as a stipulation, included signature lines for both parties above the notation "Approved for Entry," and docketed as a stipulation "by parties." In fact, defendant did not agree to the stipulation.

Accordingly, the purported stipulation is STRICKEN. Counsel shall not file a document as a "stipulation" when it has not been agreed to by all parties.

DATED this 24th day of May, 2007.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER STRIKING
PURPORTED STIPULATION